### THE ROANOKE et al.

(District Court, N. D. California, First Division. October 7, 1913.)

#### No. 15,401.

SALVAGE (§ 13*)—SALVAGE SERVICES—TOWAGE OF DISABLED VESSEL.

> A steamer with 93 passengers and freight cargo on board lost her propeller near the California coast, and anchored within 1½ miles of shore, where she remained some 6 or 7 hours, when, in response to a wireless message, another steamer, which belonged to the same owners, came to her assistance and towed her into a port; the services requiring some 12 hours. The weather was calm, and the sea smooth, and there was no immediate danger, but at that season, and with her nearness to the coast, danger might reasonably be apprehended. *Held*, that the service was one of salvage, and that the crew of the rescuing vessel were entitled to salvage compensation to the amount of a half month's pay each.

> [Ed. Note.—For other cases, see Salvage, Cent. Dig. §§ 16, 23–25; Dec. Dig. § 13.*]

In Admiralty. Suit for salvage by Oskar Johansen and others against the steamer Roanoke and others. Decree for libelants.

F. R. Wall, of San Francisco, Cal., for libelants.

Chas. H. Sooy, of San Francisco, Cal., for respondents.

DOOLING, District Judge. On April 10, 1913, the steamer Roanoke, bound from San Pedro to San Francisco, with 93 passengers and a cargo of freight, lost her propeller when in the neighborhood of Point Arguello. She drifted inshore from 10:05 a. m. until 11:10 a. m., when the anchor was dropped in 14½ fathoms of water, at a point in the neighborhood of 1½ miles south by east of Point Arguello. There was no wind, and the sea was calm, with a light swell from the west. During the time that she remained so anchored—that is, until about 5:20 p. m.—she was enveloped in a dense fog, and not more than a half mile to the eastward of the regular course of vessels plying along the coast. No rough weather was encountered during this period; the sea remaining calm and there being no wind. The anchor held without any apparent strain. The coast in that neighborhood is rocky in some places, and sandy in others. The steamer Santa Clara en route from San Francisco to Port Harford, about 10:45 a. m. received the following message from the Roanoke:

"Capt. Jessen, S. S. Santa Clara,

"Come to our assistance, lost wheel two miles South Point Arguello.

"Dickerson."

To which he replied about 10:55 a. m.:

"Capt. Dickerson, S. S. Roanoke,

"Your message received. Coming to your assistance. Jessen."

At 12:07 the master of the Roanoke sent to the Santa Clara the following message:

"Jessen, Santa Clara,

"We need your assistance at once. Dickerson."

Upon receipt of the first message the Santa Clara altered her course and steamed directly for the Roanoke arriving there about 4:45 p. m., and took her in tow for San Luis, where they arrived about 4 a. m., and where the Roanoke anchored about 6:45 a. m. outside the breakwater. She remained there until 11 a. m., when the tug Sea Rover, dispatched from San Francisco for that purpose, took her in tow and finally landed her at her dock at the latter place. The Santa Clara dropped her at San Luis in obedience to the orders of the president of claimant, the North Pacific Steamship Company, the owner of both steamers, but was always near enough to assist until the tug arrived. The present libel is by the crew of the Santa Clara for salvage.

It is evident that while the sea remained calm and the anchor held the Roanoke would not be in any immediate danger. But on this coast in the month of April it is impossible to say how long such conditions would continue. A vessel so disabled as to be without motive power, within 1½ miles of a rocky coast, may, if not relieved, reasonably apprehend danger. The telegrams of the master of the Roanoke would indicate that he believed that he was in need of assistance, and the circumstances were such as to render that belief very reasonable. The fact that the danger was not immediately imminent is not at all controlling. It is contended that this was a towage instead of a salvage service; but to this contention I am unable to agree.

"A salvage service is a service which is voluntarily rendered to a vessel needing assistance, and is designed to relieve her from some distress or danger, either present or to be reasonably apprehended. A towage service is one which is rendered for the mere purpose of expediting her voyage, without reference to any circumstances of danger." McConnochie v. Kerr (C. C.) 9 Fed. 50.

The services here rendered were salvage services. Both steamers belonging to the same owners, there is no claim made on behalf of the steamer Santa Clara, the action being solely in behalf of the crew— with the exception of the master and the engineer who make no claim. The value of the Roanoke was stipulated to be $150,000; she was relieved without any difficulty by the Santa Clara with her own lines, brought aboard the Santa Clara by her own crew. No hardships or special dangers were undergone by the Santa Clara's crew, and, under all the circumstances, I think one-half of a month's pay to each of the crew will be ample compensation. This award is made for the reason that all salvage awards should be fairly substantial so that vessels and crews may be rather encouraged to render such services than discouraged from so doing.

A decree will be entered for $887.50, being for one-half month's pay, which will be distributed to the persons named in the annexed memorandum:

| Office. | Name. | Salary. |
|---|---|---|
| Second officer | Sjogren | $ 85 00 |
| Third officer | J. E. Johnson | 70 00 |
| First assistant engineer | Disher | 100 00 |
| Second assistant engineer | Reed | 90 00 |
| Third assistant engineer | Jacobs | 80 00 |
| Seaman | Becker | 50 00 |
| Seaman | Meislahn | 50 00 |
| Seaman | Cain | 50 00 |
| Seaman | Palmer | 50 00 |
| Seaman | Christenson | 50 00 |
| Seaman | A. Johnson | 50 00 |
| Seaman | Johansen | 50 00 |
| Seaman | A. Anderson | 50 00 |
| Seaman | E. Anderson | 50 00 |
| Seaman | Andreasson | 50 00 |
| First cook | J. Pitts | 75 00 |
| Second cook | Martin | 60 00 |
| Third cook | W. E. Pitts | 45 00 |
| Pantryman | Andrews | 50 00 |
| Mess boy | Tennant | 35 00 |
| Purser | Frankel | 90 00 |
| Wireless operator | K. G. Clark | 40 00 |
| Fireman | Matson | 55 00 |
| Fireman | Fraser | 55 00 |
| Wiper | Staley (Fahey) | 45 00 |
| Oiler | Kremer | 45 00 |
| Oiler | Caskey | 45 00 |
| Oiler | Nelson | 45 00 |
| Waiter | A. G. Clarke | 30 00 |
| Waiter | Kotcharin | 50 00 |
| Waiter | Gibson | 35 00 |
| Waiter | Hansen | 50 00 |